Decided November 17, 1994

ALEXANDRA TEGUIS *v.* CAREY ANN REBER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Curt (AC 13619) is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly grant the [defendant St. Francis Hospital and Medical Center's] motion to dismiss the appeal?"

The Supreme Court docket number is SC 15157.

*David Tilles,* in support of the petition.

*Louis B. Blumenfeld,* in opposition.

Decided December 12, 1994